No. 561, Misc. CARITATIVO *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *George T. Davis* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for respondents.

No. 26. LEITER MINERALS, INC., *v.* UNITED STATES ET AL., *ante,* p. 220;

No. 27. LA BUY, U. S. DISTRICT JUDGE, *v.* HOWES LEATHER CO., INC., ET AL., *ante,* p. 249;

No. 53. FIKES *v.* ALABAMA, *ante,* p. 191;

No. 480. GULF COAST SHRIMPERS & OYSTERMANS ASSOCIATION ET AL. *v.* UNITED STATES, *ante,* p. 927;

No. 560. BALANOVSKI ET AL. *v.* UNITED STATES, *ante,* p. 968;

No. 573. JOHNSON ET AL. *v.* UNION PACIFIC RAILROAD CO., *ante,* p. 957;

No. 588. SPIELVOGEL *v.* FORD, COMMISSIONER, DEPARTMENT OF WATER SUPPLY, GAS AND ELECTRICITY OF THE CITY OF NEW YORK, ET AL., *ante,* p. 957;

No. 601. LEWIS ET UX. *v.* CARVER, TRUSTEE, *ante,* p. 981;

No. 394, Misc. LEIGHT *v.* SCHECHTER, PERSONNEL DIRECTOR AND CHAIRMAN, MUNICIPAL CIVIL SERVICE COMMISSION, ET AL., *ante,* p. 957; and

No. 406, Misc. COOPER *v.* UNITED STATES, *ante,* p. 962. Petitions for rehearing denied.

No. 695, October Term, 1955. CONSOLIDATED EDISON CO. OF NEW YORK, INC., *v.* UNITED STATES, 351 U. S. 909. Motion for leave to file petition for rehearing denied. MR. JUSTICE HARLAN and MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.